**Steven M. VANSICKEL, Appellant,**

v.

**Lee M. NATION, Respondent.**

**No. WD 38854.**

Missouri Court of Appeals, Western District.

June 30, 1987.

Steven M. Vansickel, pro se.

No appearance by respondent.

Before GAITAN, P.J., and SHANGLER and MANFORD, JJ.

**ORDER**

PER CURIAM:

Direct appeal from a summary judgment in an action for legal malpractice.

Judgment affirmed. Rule 84.16(b).